# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                              No. 4:19-cr-574-DPM

FRANK LEE GARRISON, III                                      DEFENDANT
Reg. No. 32994-009

## ORDER

Garrison moves to reduce his sentence based on amendments to the Sentencing Guidelines.   When he was sentenced, he received two criminal history points because he was on parole when he committed his new crime.   He would only receive one point under the amended Guidelines.   This change, however, does not affect his sentencing range.   Garrison still has ten criminal history points, meaning he remains in criminal history category V.   His motion, *Doc. 42*, is therefore denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 February 2026